JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGUILAR ELIZALDE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BNC MORTGAGE, INC., a California Corporation; AURORA LOAN SERVICES, LLC, a Delaware Limited Liability Company; LEHMAN BROTHERS BANK, FSB, a Federal Savings Bank; QUALITY LOAN SERVICE CORP., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 09-682-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Aurora Loan Services LLC and Lehman Brothers Bank, FSB.

The Court orders that such judgment be entered.

Dated: <u>May 30, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge